

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-24-00360-CR
_____

ANDREW WALTER PETTIS, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 66,617-E, Honorable Douglas R. Woodburn, Presiding

December 4, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

In 2013, Appellant, Andrew Walter Pettis, Jr., was convicted of robbery[1] and sentenced to twenty-five years of confinement. His conviction was affirmed on direct appeal, and mandate issued. *See Pettis v. State*, No. 07-13-00183-CR, 2015 Tex. App. LEXIS 1768, at *7 (Tex. App.—Amarillo Feb. 24, 2015, no pet.) (mem. op., not designated

---

[1] *See* TEX. PENAL CODE ANN. § 29.02(a)(1).

for publication); *see also* TEX. R. APP. P. 19.1(a) (concerning the expiration of an appellate court's plenary power).

On November 12, 2024, Appellant filed a new notice of appeal challenging the same robbery conviction. Because this Court lacks jurisdiction to consider a second appeal from Appellant's conviction, we dismiss the appeal for want of jurisdiction. *See Coleman v. State*, No. 03-11-00648-CR, 2011 Tex. App. LEXIS 9653, at *2 (Tex. App.—Austin Dec. 8, 2011, no pet.) (mem. op., not designated for publication) (holding that a defendant is not entitled to a second appeal from the same conviction).

The appeal is dismissed.[2]

Per Curiam

Do not publish.

---

[2] The exclusive post-conviction remedy in final felony convictions in Texas courts is through an application for writ of habeas corpus returnable to the Court of Criminal Appeals pursuant to article 11.07 of the Code of Criminal Procedure.